IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FARIDA BROWN, | |
| Plaintiff | NO. 5:19-CV-184 |
| vs. | (consolidated with |
| | NO. 5:18-CV-00555-XR |
| UNITED STATES OF AMERICA, | |
| Defendant | |

## FINAL JUDGMENT

Judgment is entered in accordance with the Findings of Fact & Conclusions of Law dated February 7, 2022, by District Judge Xavier Rodriguez, against the United States in favor of Plaintiff, in the amount of:

**$3,217,204.13**[1] for Farida Brown.

Plaintiff shall file her bill of costs with this Court within 10 days of entry of this judgment.

Post-judgment interest shall be awarded in accordance with 31 U.S.C. § 1304(b)(1). Such interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding

---

[1] After reviewing trial testimony, the Court finds that inflation and interest offset each other, resulting in a net discount rate of 0%. Therefore, of this amount, $370,951.00 represents the present value of reasonable and necessary future medical expenses Farida Brown will incur.

the Judgment. 28 U.S.C. § 1961(a). For the week preceding this Judgment, the rate is set at 1.66 percent.[2]

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment, which the Court finds to be a reasonable and necessary fee in this case.

This final judgment disposes of all claims in the above-styled cause.

It is so ORDERED.

SIGNED this 5th day of April, 2022.

        XAVIER RODRIGUEZ
        UNITED STATES DISTRICT JUDGE

---

[2] *See* https://www.federalreserve.gov/releases/h15/; accessed April 4, 2022, showing 1-year Treasury constant maturities for March 25, 28-31, which average to 1.66%.